# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1421

_____

BROOKS TYREE,

Appellant,

v.

TWIN CITY RENTALS, LLC,

Appellee.

_____

On appeal from the County Court for Walton County.
Kelvin C. Wells, Judge.

February 20, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brooks Tyree, pro se, Appellant.

Adam B. Schemer of Bernard & Schemer, P.A., Jacksonville, for Appellee.